UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANCIS SCHAEFFER COX,

    Plaintiff,

v.

WILLIAM TRUE, et al.,

    Defendants.

Case No. 17-cv-338-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Francis Schaeffer Cox's motion to substitute parties (Doc. 34). The defendants have not responded to the motion, which the Court construes as an admission of the merits of the motion. The Court therefore **GRANTS** the motion (Doc. 34) and **DIRECTS** the Clerk of Court to substitute:

- Mark Inch, in his official capacity of Director of the Bureau of Prisons, in Count 1 for defendant Thomas Kane, the former director, pursuant to Federal Rule of Civil Procedure 25(d). Kane is terminated as a defendant in this case;

- Rhasaan Baskerville for defendant R. Baskerville;

- Richard Blythe for R. Blythe;

- Chad Krawcyzk for C. Krawczyk; and

- Katerine Siereveld for Katherine Siereveld.

The last four corrections simply clarify the names of individuals named in Cox's complaint and do not require new service of process.

**IT IS SO ORDERED.**
**DATED:  April 2, 2018**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**